## CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to Fair Labor Standards Act 29 U.S.C. §216(b)

1. I worked as an employee for Franklin First in its New York City office.

2. I consent and agree to become a plaintiff in a lawsuit against Franklin First or its affiliates or successors (collectively "Franklin First") to pursue my claims arising out of uncompensated work time including straight time and overtime.

3. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201, et seq. I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of the lawsuit.

4. I hereby designate Paul P. Rooney, Esq. and Amanda M. Fugazy, Esq., of Fugazy & Rooney LLP, and Howard A. Balsam, Esq. to represent me for all purposes in this action and as the collective action representatives for this case.

Signature: _[signature]_

Print Name: JEFFREY SHOUKEY

Date Signed: 2/20/08