STATE OF NEW YORK  COUNTY OF                    INDEX # : 08-CV-01585
UNITED STATES                                   Date Filed: February 15, 2008
DISTRICT: SOUTHERN DISTRICT OF NEW YORK

ATTORNEY(S): Paul Rooney: Fugazy & Rooney  PH: 212-346-0570
ADDRESS: 225 Broadway 39th Flr. New York NY 10007  File No.:

*Arthur Ashe et al*

Plaintiff(s)/Petitioner(s)

vs

*Franklin First Financial Ltd.*

Defendant(s)/Respondent(s)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

Rick Cardace, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On February 27, 2008 at 2:00pm, at 329 Hempstad Tpke, West Hempstead, NY 11552, deponent served the within Summons and Complaint individual rules of Judge Berman and Electronic Filing Procedures

on: **Franklin First Financial Ltd.**  **Defendant** therein named.

#1 INDIVIDUAL  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORPORATION [X]  By delivering thereat a true copy of each to Anastasia G. personally, deponent knew the person so served to be the managing agent of the corporation and authorized to accept service on behalf of the corporation.

#3 SUITABLE AGE PERSON  By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's: [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR  By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business  [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by _____

#5 MAIL COPY  On _____, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

#6 DESCRIPTION [X]  A description of the Defendant, or other person served or spoken to on behalf of the Defendant is as follows:
Sex: Female  Color of skin: White  Color of hair: Black  Age: 21 - 35 Yrs.  Height: 5' 4 - 5' 8
Weight: 100 - 130 Lbs  Other Features: _____

#7 WIT. FEES  the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#8 MILITARYSRVC  Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

#9 OTHER

Sworn to before me on March 3, 2008

PATRICIA ROTHFRITZ
NOTARY PUBLIC, State of New York
01RO6085503, Nassau County
Term Expires February 26, 2011

Rick Cardace
Server's Lic #
Invoice•Work Order # 0802589

INTERCOUNTY JUDICIAL SERVICES, 85 WILLIS AVENUE, SUITE F, MINEOLA, NY 11501, PH. 516-248-8270, FAX 516-294-6225

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

ARTHUR ASHE, ADAM COHEN, KERMIT V. EUBANKS, JAMAR GREEN, VICTOR JOHNSON, HERSHEAL JONES, SARAH KIGGUNDU, STEPHEN JOHN LEWIS, JASON LIEBERMAN, PAULA C. MERCADO, BRAIN NALTY, SAMANTHA J. NOEL, JABARI RAY, RAUL RIVERA, PHILIPPE STEINITZ, CHRIS TIETZ, KARAMO K. WASHINGTON, and JAMAL WRIGHT, on behalf of themselves and all others similarly situated,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08-CV-

Plaintiffs,

V.

FRANKLIN FIRST FINANCIAL LTD.,

Defendant.

TO: (Name and address of Defendant)

FRANKLIN FIRST FINANCIAL LTD.
329 Hempstead Turnpike
West Hempstead, New York 11552

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Amanda M. Fugazy, Esq.
Paul P. Rooney, Esq.
FUGAZY & ROONEY LLP
225 Broadway, 39th Floor
New York, New York 10007
(212) 346-0579

an answer to the complaint which is served on you with this summons, within 20 (twenty) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(By) DEPUTY CLERK

# CERTIFICATE OF SERVICE

I, Paul P. Rooney, Esq., certify that, on March 5, 2008, I served by United States Mail First Class a true and correct copy of the annexed AFFIDAVIT OF SERVICE upon Defendant by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the United States Postal Service addressed to the addressees indicated below:

> Mr. Frederick Assini
> Chief Executive Officer
> Franklin First Financial, Ltd.
> 329 West Hempstead Turnpike
> West Hempstead, New York 11552

I certify that the foregoing is true.

Dated: March 5, 2008
New York, New York

_____
Paul P. Rooney, Esq.