1. I worked as an employee for Franklin First in its New York City office.

2. I consent and agree to become a plaintiff in a lawsuit against Franklin First or its affiliates or successors (collectively "Franklin First") to pursue my claims arising out of uncompensated work time including straight time and overtime.

3. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201. et seq. I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of the lawsuit.

4. I hereby designate Paul P. Rooney, Esq. and Amanda M. Fugazy, Esq., of Fugazy & Rooney LLP, and Howard A. Balsam, Esq. to represent me for all purposes in this action and as the collective action representatives for this case.

Signature: _Richard R. Smith_

Print Name: _Richard A. Smith_

Date Signed: _3/5/08_

# CERTIFICATE OF SERVICE

I, Paul P. Rooney, Esq., certify that, on March 5, 2008, I served by United States

Mail First Class a true and correct copy of the annexed CONSENT TO JOIN

COLLECTIVE ACTION upon Defendant by mailing the same in a sealed envelope,

with postage prepaid thereon, in a post-office or official depository of the United States

Postal Service addressed to the addressees indicated below:

> Mr. Frederick Assini
> Chief Executive Officer
> Franklin First Financial, Ltd.
> 329 West Hempstead Turnpike
> West Hempstead, New York 11552

I certify that the foregoing is true.

Dated:    March 5, 2008
          New York, New York

_____
Paul P. Rooney, Esq.