Amanda M. Fugazy (AF-6772)
Paul P. Rooney (PR-0333)
FUGAZY & ROONEY LLP
225 Broadway, 39th Floor
New York, NY 10007
(212) 346-0579

Howard L. Balsam (HB-2820)
THE LAW OFFICES OF HOWARD BALSAM
122 East 42nd Street, Suite 1700
New York, New York 10168
(212) 543-9999

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

ARTHUR ASHE, ADAM COHEN, KERMIT V. EUBANKS, JAMAR GREEN, VICTOR JOHNSON, HERSHEAL JONES, SARAH KIGGUNDU, STEPHEN JOHN LEWIS, JASON LIEBERMAN, PAULA C. MERCADO, BRAIN NALTY, SAMANTHA J. NOEL, JABARI RAY, RAUL RIVERA, PHILIPPE STEINITZ, CHRIS TIETZ, KARAMO K. WASHINGTON, and JAMAL WRIGHT, on behalf of themselves and all others similarly situated,

                 Plaintiffs,

     -against-

FRANKLIN FIRST FINANCIAL, LTD.,

                 Defendant.
-----------------------------------------------------------------------X

08 Civ. 01585 (RMB)

**CERTIFICATE OF SERVICE**

JURY TRIAL DEMANDED

*ECF FILED*

I, Paul P. Rooney, Esq., certify that, on March 5, 2008, I served by United States Mail First Class a true and correct copy of the CONSENTS TO JOIN COLLECTIVE ACTION filed on behalf of Plaintiffs Ita Britton (Dkt. No. 2), Jeffrey Shoukry (Dkt. No. 3), Andrew J. Beemer (Dkt. No. 4), and Scott J. Jawetz (Dkt. No. 5) on Defendant Franklin First Financial, Ltd. by mailing the same in a sealed envelope, with postage

prepaid thereon, in a post-office or official depository of the United States Postal Service addressed to the following addressee:

>Mr. Frederick Assini
>Chief Executive Officer
>Franklin First Financial, Ltd.
>329 West Hempstead Turnpike
>West Hempstead, New York 11552

I certify that the foregoing is true.

Dated: March 5, 2008
   New York, New York

*Paul P. Rooney* (signature)
Paul P. Rooney, Esq.