

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/08

900 MERCHANTS CONCOURSE, SUITE 214, WESTBURY, NEW YORK 11590

NEIL H. GREENBERG
JUSTIN M. REILLY*

*ADMITTED IN N.Y. & C.T.

ROSA GUARINO-PARALEGAL

March 18, 2008

VIA: Regular Mail

Chambers of the Honorable Justice
Richard M. Berman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007



Conference adjourned

SO ORDERED:
Date: _____    Richard M. Berman
                Richard M. Berman, U.S.D.J.

RE: Arthur Ashe et al. v. Franklin First Financial, LTD.
08 CV 1585 (RMB)(HP)

Honorable Sir:

This office was just retained to represent the defendant, Franklin First Financial, LTD., in the above referenced matter.

Please accept this correspondence as a request for an adjournment of the initial pre-trial conference currently scheduled before Your Honor on March 31, 2008 at 9:15 a.m.

The plaintiffs have brought this matter as a collective action under the Fair Labor Standards Act. Currently, there are eighteen (18) opt-in plaintiffs that have signed consents to join this lawsuit.

Before the defendant can file an answer and participate in a pre-trial conference before Your Honor, it must conduct a substantial investigation into the plaintiffs' claims.

Therefore, it is respectfully requested that the Court adjourn the initial pre-trial conference until April 18, 2008 at 9:15.

This is the first request for an adjournment in this matter and the plaintiffs' attorneys consent to an extension of time to file an answer as well as an adjournment of the conference.

PHONE: 516.228.5100         FAX: 516.228.5106         WWW.NHGLAW.COM

There are no other scheduled dates in this action that would be affected by the requested adjournment.

Thank you for your time and attention to this matter.

Yours truly,

Neil H. Greenberg (NG 1307)

cc:   Paul P. Rooney, Esq. by regular mail