UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
ARTHUR ASHE, ADAM COHEN, KERMIT V. EUBANKS,   08 CV 01585
JAMAR GREEN, VICTOR JOHNSON, HERSHEAL
JONES, SARAH KIGGUNDU, STEPHEN JOHN LEWIS,   RULE 7.1
JASON LIEBERMAN, PAULA C. MERCADO, BRAIN   STATEMENT
NALTY, SAMANTHA J. NOEL, JABARI RAY, RAUL
RIVERA, PHILIPPE STEINITZ, CHRIS TIETZ, KARAMO
K. WASHINGTON, and JAMAL WRIGHT, on behalf of
themselves and all others similarly situated,

                              Plaintiffs,

-against-

FRANKLIN FIRST FINANCIAL, LTD.,

                              Defendants.
-------------------------------------------------------------------------X

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for Franklin First Financial, LTD. certifies that there are no parent companies or subsidiaries of the defendant, Franklin First Financial, LTD.

Dated: Westbury, New York
       April 15, 2008

Law Offices of Neil H. Greenberg & Associates, P.C.
By: Neil H. Greenberg, Esq. (NG 1307)
Attorneys for the Defendant
900 Merchants Concourse, Suite 214
Westbury, New York 11590
(516) 228-5100