UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Arthur Ashe et al.,
          Plaintiff(s),

          -v-

Franklin First Financial, LTD.,
          Defendant(s).
-----------------------------------------------------------X

**Case Management Plan**

08 CV. 1585 (RMB)

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)    Joinder of additional parties by _May 30, 2008_

(ii)   Amend the pleadings by _June 12, 2008_

(iii)  All discovery to be **expeditiously** completed by ~~Oct 1, 2008~~ 10/1/08 @ 10:00 AM

(iv)   Consent to Proceed before Magistrate Judge _No_

(v)    Status of settlement discussions _None yet._ 10/1/08 @ 10:00 A.M. with principals

**Sections vi through xi will be set at conference with the Court.**

(vi)   Motions _____

(vii)  Oral Argument _____

(viii) Joint Pre-Trial Order to be submitted by _____

(ix)   Final Pre-Trial Conference _____

(x)    Trial _____

(xi)   Other _Settlement should be pursued_

SO ORDERED: New York, New York
                4/29/08

                                                                  RMB
                                                             Hon. Richard M. Berman, U.S.D.J.

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DATE: 4/29/08]