# FUGAZY & ROONEY LLP
### ATTORNEYS AT LAW

Writer's Direct Dial:
212-346-0579

Writer's Direct Email:
prooney@fugazyrooney.com

[Stamp: DOCUMENT ELECTRONICALLY FILED  DOC #: ___  DATE FILED: 07/11/08]

[Stamp: RECEIVED JUN 3 0 2008  CHAMBERS OF RICHARD M. BERMAN U.S.D.J.]

## MEMO ENDORSED

June 25, 2008

**VIA FIRST CLASS MAIL**

The Honorable Richard M. Berman
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

> *Application granted. Conference adjourned to 7/17/08 at 3:00 p.m.*
>
> SO ORDERED:
> Date: 6/30/08
> [signature] Richard M. Berman, U.S.D.J.

    Re:    Arthur Ashe, et al. v. Franklin First Financial, Ltd.
            08 cv 1585 (RMB)(HP)

Honorable Sir:

    We represent the Plaintiffs in the above-referenced lawsuit. We write to request an adjournment of the conference the Court recently scheduled for July 9, 2008. The reason for the request is that I had planned a trip out of town for that week.

    Defendant's counsel has no objection to this request. Both Defendants' counsel and I are available on July 17 or July 18 and respectfully request that the conference be rescheduled for one of those dates or to some other date the Court deems appropriate. This is the first request for an adjournment of this conference.

    We thank Your Honor for your consideration of this request.

Respectfully yours,

[signature]

Paul P. Rooney

cc: Neil Greenberg, Esq. (By U.S. Mail)

New York City Office: 225 Broadway, 39th Floor, New York, NY 10007 • 212-346-0570 • 484-805-7022 fax
Long Island Office: 126 Glen Street, Glen Cove, NY 11542 • 516-584-1642 • 484-805-7022 fax

*www.fugazyrooney.com*